**GUCOVSCHI LAW FIRM, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRAH THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OBSERVE.AI, INC.,<br><br>Defendant. | Case No. 3:25-cv-05185<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sharrah Thompson, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Observe.AI, Inc., with prejudice.

Dated:  December 5, 2025                Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By:   /s/ Adrian Gucovschi

Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorney for Plaintiff*